

November 9, 2020

Clerk Of Court
United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

**FILED**

NOV 1 3 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: Exhibits Attachments
USA vs. Upchurch
Case No. 04-CR-531

Dear Honorable Clerk,

On October 28, 2020 Petitioner Upchurch submitted to this Court his "Emergency" Motion For Compassionate Release, inadvertently fail to attach the two enclosed exhibits as part and in support of his Motion For Compassionate Release. These exhibits are in reference to exhibit-F as listed in Petitioner originally file motion.

Petitioner Upchurch respect ask this Honorable Court to allow the enclosed

exhibit-F to be included as part of Petitioner's Motion For Compassionate Release pursuant to 3582(c)(1)(A).

Thank you for your time and patience in the instant matter.

Sincerely

Sidney Upchurch
Reg. No. 17103-424
FCI Allenwood-Medium
P.O. Box 2000
White Deer, PA 17887



U.S. Department of Justice

**Memorandum**

Federal Bureau of Prisons

*Federal Correctional Complex, Allenwood*

*FCI Allenwood*
*P.O. Box 2500*
*White Deer, PA 17887*

**DATE: 11/04/2020**

**TO: Whom It May Concern**

**FROM: S. Getchey, Psychology Technician Unit 4**

**SUBJECT: Upchurch, Sydney #17103-424**

    **I am writing this letter of recommendation on behalf of Upchurch, Sydney #17103-424. Mr. Upchurch has been the head orderly in Unit 4A since December of 2016 and has gone incident free while at FCI Allenwood. Mr. Upchurch is not only an asset to Unit 4, but to many other departments as well. He is often utilized and is more than helpful when other departments are in need. Mr. Upchurch has caused no issues while at FCI Allenwood and is known by staff and spoken very highly of for his work ethic and overall positive personal demeanor. I do believe that if released, Mr. Upchurch would be a great asset to his community and a positive influence on those around him.**

Exhibit-F



**U.S. Department of Justice**
**Memorandum**
Federal Bureau of Prisons

*Federal Correctional Complex, Allenwood*

Federal Correctional Institution
P.O. Box 2500
White Deer, PA 17887

November 6, 2020

FROM:                     F. Martin Unit Counselor

SUBJECT:            UPCHURCH, SIDNEY        # 17103-424
                                DOB:                     08-03-1965

To Whom It May Concern:

Inmate Upchurch, Sidney#17103-424 has been incarcerated with the Bureau of Prisons since June 27, 2004. Inmate Upchurch has received two incident reports since his initial incarceration, one in 2005 for possessing anything unauthorized and another in 2016 for possessing a cell phone. Each DHO report states inmate Upchurch had taken full responsibility and apologetic for each infraction. Inmate Upchurch arrived at his current correctional facility (FCI ALLENWOOD) on September 23, 2016. During that time frame from his arrival at FCI Allenwood, inmate Upchurch has received zero incident reports. I have been inmate Upchurch's unit counselor since January 2020. During that time, I have promoted inmate Upchurch as head unit orderly (Trusted Position). I have known inmate Upchurch to be a positive role model to younger and older inmates alike. I have personally witnessed inmate Upchurch deescalate an incident between inmates that prevented a serious incident that could have become detrimental to staff and inmates. Inmate Upchurch has displayed a positive behavior and has maintained a positive image with his unit team and staff at FCI Allenwood. I understand the magnitude of given a recommendation and I'm fully aware that this recommendation might influence a reduction in sentence. This recommendation is not taken lightly and the only recommendation I have ever written. I truly believe inmate Upchurch is rehabilitated and will become a productive member of society if given the opportunity to reintegrate into society.

F. Martin, Unit Counselor
FCI Allenwood

INMATE NAME/NUMBER: _SIDNEY Upchurch 17103-424_

FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD _med_

P.O. BOX _2000_

WHITE DEER, PA 17887

Clerk of Courts
219 South Dearborn
Chica Il 60604

UNITED STATES POSTAL SERVICE.

Retail

**P**

US POSTAGE PAID
**$0.00**
Origin: 17887
11/09/20
4192000887-03

**PRIORITY MAIL 2-DAY®**

0 Lb 2.70 Oz
**1004**

EXPECTED DELIVERY DAY: 11/13/20

C005

SHIP
TO:
219 S DEARBORN ST
Chicago IL 60604-1702

**USPS TRACKING® NUMBER**

9505 5135 2176 0314 2307 58

11/13/2020-7

PS00011000003

FROM: Sidney Upchurch 17103-424
Name
FCI Allewood-med
Po box 2000
Box or Street Address

White Deer PA 17887
City, State and ZIP Code

Postage Stamps
Here

TO: United States Courthouse
Clerk of Courts
219 Dearborn

Chicago IL. 60604