**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA

Case No. 04CR-531-1

v.

SIDNEY UPCHURCH

ORDER ON MOTION FOR
SENTENCE REDUCTION
UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the ☒ defendant, or ☐ the Director of the Bureau of Prisons, for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable standards and the factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ GRANTED

☐ The defendant's previously imposed sentence of imprisonment of _____ is reduced to _____. If this sentence is less than the amount of time the defendant already served, the sentence is reduced to a time served sentence as set forth below. If the defendant's sentence is reduced to time served, then defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where the defendant will be released, and further:

(1) This order is stayed for up to fourteen days for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for the defendant to travel. There shall be no unreasonable delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and to ensure the defendant's safe release, the parties shall immediately notify the Court and show cause why the stay should be extended; or

(2) If there is a verified residence and an appropriate release plan in place,

this order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made, and it is safe for the defendant to travel. There shall be no unreasonable delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the Court and show cause why the stay should be extended.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ___ probation or ___ supervised release of __ months (not to exceed the unserved portion of the original term of imprisonment).

☐ The defendant's previously imposed conditions of supervised release apply to the "special term" of supervision; or

☐ The conditions of the "special term" of supervision are as follows:
_____
_____
_____

☐ The defendant's previously imposed conditions of supervised release are unchanged.

☐ The defendant's previously imposed conditions of supervised release are modified as follows:
_____
_____
_____

☐ DEFERRED pending supplemental briefing and/or a hearing. The Court directs the United States Attorney's Office to file a response on or before_____ along with all Bureau of Prisons records (medical, institutional, administrative) relevant to this motion, filed under seal as necessary.

☒ DENIED after complete review of the motion on the merits.

☒ FACTORS CONSIDERED (Optional)

Defendant has exhausted administrative remedies, but this Court finds that the record fails to warrant a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), after full consideration of the factors provided in 18 U.S.C. § 3553 and the applicable policy statements issued by the Sentencing Commission.

      Among other factors, the record confirms that, even though the defendant is suffering from several chronic medical conditions, and the coronavirus outbreak is undoubtedly serious, the record does not support defendant's request for a reduction in his sentence. To the contrary, the record confirms that the defendant fails to meet the criteria of U.S.S.G. § 1B1.13(2), because he constitutes a high risk of recidivism and a danger to the safety of other persons and the community, and that a sentence reduction otherwise remains inconsistent with the need under 18 U.S.C. § 3553 for the sentence to reflect the seriousness of, and to provide just punishment for, defendant's offenses, including his participation in a violent string of armed robberies.

☐   DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

IT IS SO ORDERED.

Dated: March 11, 2021

                                            Entered:

                                            John Robert Blakey
                                            United States District Judge