United States District Court
Northern District of Illinois
Eastern Division

FILED
MAY 06 2021  AW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To the Honorable John Robert Blakey
From Sidney Upchurch   Case No 17-6424

I'm asking this court for a extension on the order for the motion for sentence reduction Docket No. 400... I became aware of the Docket entry on 04-09-21 by way of my family sending it to me from PACER. I haven't received any Docket entries from the Clerks Office or the Government as to my Compassionate Release motion. I sent a notice of change of address Docket entry No. 395 and called the Clerks Office a many times about this matter. I pray that this court will grant the extension... Thank you

Dated 04-23-21

Respectfully submitted

Sidney Upchurch 17103-424
Reg No. 17103-424
FCI Allenwood-Med
PO Bx 2000
White Deer PA
17887

FILED
MAY 06 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

04/01/2021

INMATE NAME/NUMBER: Sidney Ukwuachu 17105-424
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD MED
P.O. BOX 2000
WHITE DEER, PA 17887

05/06/2021-4

The Honorable John Robert Blakey
United States Courthouse
219 South Dearborn St
Chicago IL 60604

HARRISBURG PA 171
26 APR 2021 PM 2 L

2021 MAY -6 AM 8:42

60604-204887