# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted December 27, 2021
Decided December 30, 2021

**Before**

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*



CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 21-1531 | |
| UNITED STATES OF AMERICA,<br>　　*Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 1:04-cr-00531 |
| SIDNEY UPCHURCH,<br>　　*Defendant-Appellant*. | John Robert Blakey,<br>*Judge*. |

### O R D E R

Sidney Upchurch appeals the denial of his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). He asserted that his medical conditions—hypertension, chronic kidney disease, prediabetes, and Vitamin D deficiency—increased the risk that he would suffer severe complications if he contracted COVID-19. The district court denied the motion, concluding that early release was not consistent with U.S.S.G. § 1B1.13 or the factors in 18 U.S.C. § 3553(a).

Although § 1B1.13 does not bind the district court, it can serve as helpful guidance. *See United States v. Gunn*, 980 F.3d 1178, 1180 (7th Cir. 2020). Here, the court's consideration of the § 3553(a) factors independently sustains the judgment. *See United States v. Sanders*, 992 F.3d 583, 588 n.3 (7th Cir. 2021). The court reasonably found that a

sentence reduction failed to reflect the seriousness of, or provide just punishment for, Upchurch's offenses, which stem from his participation in a string of robberies. *See* 18 U.S.C. § 3553(a)(2)(A). Upchurch argues that the court was also required to credit his efforts at rehabilitation, but the court's identification of one good reason to deny a sentence reduction made it unnecessary to consider any others. *See United States v. Ugbah*, 4 F.4th 595, 598 (7th Cir. 2021). And in any event, the availability of COVID-19 vaccines limits the extent to which Upchurch may rely on the risk of the virus to obtain early release. *Id.* at 597 (citing *United States v. Broadfield*, 5 F.4th 801, 803 (7th Cir. 2021)). He has not suggested that he is unable to benefit from vaccination, and the Bureau of Prisons reports that roughly 70 percent of inmates at Upchurch's prison complex in Allenwood Pennsylvania have received two doses.

The district court's denial of compassionate release is therefore AFFIRMED.